| User: DDELGADO | League City Police Department | 09/16/22 09:54:19 |
|---|---|---|

## Event Report

Event ID: **2022-259374**     Call Ref #: 335     Date/Time Received: 05/13/22 13:50:23

Rpt #: 22-2871     Call Source: PHONE     Prime Unit: 1249 SURRATT, TANNER LEE     Services Involved: LAW  FIRE  EMS

Location: **312 BAY SPRING DR**     (S)SOUTH SHORE VILLAGE
X-ST: *MEADOWS POND DR*
Jur: CAD     Service: LAW     Agency: LCPD
St/Beat: LCB1     District: LCED     RA: L007
Business: COVID ALERT     Phone: ( ) -     GP: LC4B

Nature: **DISTURBANCE**     Alarm Lvl: 1     Priority: 2     Medical Priority:

Caller: BEIDNI, ERIC     Alarm:
Addr: 312 BAY SPRING DR     Phone: (832) 452-9383     Alarm Type:

Vehicle #:     St:     Report Only: No     Race:     Sex:     Age:

Call Taker: CBAY     Console: LCCAD2

Geo-Verified Addr.: Yes     Nature Summary Code: L022     Disposition: RT     Close Comments:

Notes:   See report.  [05/13/22 15:06:23 Unit:1249]
Backed.  Supplement and UOF submitted.  [05/13/22 15:06:04 Unit:1248]
Yoni Lara Perdomo DOB 02/28/1989  [05/13/22 14:17:29 Unit:1249]
{1248} BLEEDING FROM FACE A BIT  [05/13/22 14:03:46 LBELVIN]
{1248} BREATHING ISSUES  [05/13/22 14:03:19 LBELVIN]
{1249} ROLL EMS  [05/13/22 14:03:09 LBELVIN]
UDTS: {1248} DETAINED  [05/13/22 14:03:03 LBELVIN]
DISCONNECTED  [05/13/22 13:56:12 CBAY]
THEY ARE YELLING ABOUT MONEY AND APPARENTLY JOHNNY IS TELLING THEM HES AN OFFICER ?  [05/13/22 13:55:17 CBAY]
CAN STILL HIM YELLING  [05/13/22 13:54:38 CBAY]
STATED THE OTHER CONTRACTOR NAME IS JOHNNY PERDOMO  [05/13/22 13:54:03 CBAY]
RP WAS YELLING AT ANOTHER  CONTRACTOR  [05/13/22 13:53:31 CBAY]
RP IS A CONTRACTOR WORKING ON THE HOUSE AND IS UPSET HES NOT GETTING PAID
SOUNDS LIKE  A VERBAL DISTURBANCE  [05/13/22 13:52:49 CBAY]

### Times

| | | Time From Call Received | | | |
|---|---|---|---|---|---|
| Call Received: | 05/13/22 13:50:23 | | Unit Reaction: | 000:07:36 | *(1st Dispatch to 1st Arrive)* |
| Call Routed: | 05/13/22 13:51:31 | 000:01:08 | En-Route: | 000:00:47 | *(1st Dispatch to 1st En-Route)* |
| Call Take Finished: | 05/13/22 13:51:31 | 000:01:08 | On-Scene: | 001:07:14 | *(1st Arrive to Last Clear)* |
| 1st Dispatch: | 05/13/22 13:52:27 | 000:02:04  *(Time Held)* | | | |
| 1st En-Route: | 05/13/22 13:53:14 | 000:02:51 | | | |
| 1st Arrive: | 05/13/22 14:00:03 | 000:09:40  *(Reaction Time)* | | | |
| Last Clear: | 05/13/22 15:07:17 | 001:16:54 | | | |

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| 1249 | 466789 | D | Dispatched | 05/13/22 13:52:27 | Stat/Beat: LCB1 | | MTREVI |
| 1249 | 466789 | DXY | DispatchXY | 05/13/22 13:52:27 | 3214955.12,13756808.38 | | MTREVI |
| 1248 | 466788 | DXY | DispatchXY | 05/13/22 13:52:50 | 3225299.46,13761329.90 | | MTREVI |
| 1248 | 466788 | D | Dispatched | 05/13/22 13:52:50 | Out Srv: [EQUP] at X2 | | MTREVI |
| 1249 | 466789 | E | En-Route | 05/13/22 13:53:14 | | | Unit:1249 |
| 1248 | 466788 | E | En-Route | 05/13/22 13:55:55 | | | Unit:1248 |

Event ID:  2022-259374    Call Ref #:  335    **DISTURBANCE at 312 BAY SPRING DR**

## Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| 1248 | 466788 | A | Arrived | 05/13/22 14:00:03 | | | Unit:1248 |
| 1249 | 466789 | A | Arrived | 05/13/22 14:01:53 | | | Unit:1249 |
| 1248 | 466788 | DET | {1248} DETAINED | 05/13/22 14:03:03 | | | LBELVIN |
| 1249 | 466789 | ENT | Entered Related Name | 05/13/22 14:57:00 | [LastName:] BEDINI  [OLN:] 16576118 | | TSURRA |
| 1249 | 466789 | ENT | Entered Related Name | 05/13/22 14:57:16 | [LastName:] DUNHAM  [OLN:] 12082112 | | TSURRA |
| 1249 | 466789 | C | Cleared | 05/13/22 15:06:41 | | RT | TSURRA |
| 1248 | 466788 | C | Cleared | 05/13/22 15:07:17 | | S | TRECTO |

## Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | TR | Time Received | 05/13/22 13:50:23 | By: PHONE | | CBAY |
| | | ENT | Entered Street | 05/13/22 13:51:21 | 312 BAYSP | | CBAY |
| | | CHG | Changed Street | 05/13/22 13:51:24 | 312 BAYSP --> 312 BAY SPRING DR | | CBAY |
| | | ENT | Entered Nature | 05/13/22 13:51:30 | DISTURBANCE | | CBAY |
| | | FIN | Finished Call Taking | 05/13/22 13:51:31 | | | CBAY |
| | | VEV | Viewed Event | 05/13/22 13:51:34 | User First Viewed Event CAD | | CSWEIG |
| | | VCH | Viewed Call History | 05/13/22 13:51:45 | Location Information | | CSWEIG |
| | | VCH | Viewed Call History | 05/13/22 13:51:47 | Location Information | | CSWEIG |
| | | VEV | Viewed Event | 05/13/22 13:51:57 | User First Viewed Event CAD | | MTREVI |
| | | ENT | Entered | 05/13/22 13:52:02 | VINER, ERIN | | CBAY |
| | | CHG | Changed | 05/13/22 13:52:06 | VINER, ERIN --> VINER, ERIC | | CBAY |
| | | ENT | Entered CallerPhone | 05/13/22 13:52:14 | 8324529383 | | CBAY |
| | | VEV | Viewed Event | 05/13/22 13:52:30 | User First Viewed Event CAD | | LBELVIN |
| | | ENT | Entered Remarks | 05/13/22 13:52:49 | | | CBAY |
| | | ARM | Added Remarks | 05/13/22 13:53:31 | | | CBAY |
| | | ARM | Added Remarks | 05/13/22 13:54:03 | | | CBAY |
| | | CHG | Changed | 05/13/22 13:54:26 | VINER, ERIC --> BEIDNI, ERIC | | CBAY |
| | | ARM | Added Remarks | 05/13/22 13:54:38 | | | CBAY |
| | | ARM | Added Remarks | 05/13/22 13:55:17 | | | CBAY |
| | | ARM | Added Remarks | 05/13/22 13:56:12 | | | CBAY |
| | | FF | Fast Forward to EMS | 05/13/22 14:02:47 | EMS | | CSWEIG |
| | | SP | Spawned | 05/13/22 14:02:55 | Spawned EMS event #2022259389, callref | | CSWEIG |
| | | ARM | Added Remarks | 05/13/22 14:03:03 | | | LBELVIN |
| | | FF | Fast Forward to FIRE | 05/13/22 14:03:05 | FIRE | | CSWEIG |
| | | ARM | Added Remarks | 05/13/22 14:03:09 | | | LBELVIN |
| | | SP | Spawned | 05/13/22 14:03:13 | Spawned FIRE event #2022259390, callref | | CSWEIG |
| | | ARM | Added Remarks | 05/13/22 14:03:19 | | | LBELVIN |
| | | ARM | Added Remarks | 05/13/22 14:03:46 | | | LBELVIN |
| | | ARM | Added Remarks | 05/13/22 14:17:29 | | | Unit:1249 |
| 1249 | | RPT | Requested Report# | 05/13/22 14:35:50 | LCPD Report #22-2871 Unit:1249 | | TSURRA |
| 1249 | | CHG | Changed Related Name | 05/13/22 14:57:01 | 1) DOB: 3/24/1969 12:00:00 | | TSURRA |
| 1249 | | ... | Changed Related Name | 05/13/22 14:57:01 | 2) Weight: 200-->200 | | TSURRA |
| 1249 | | CHG | Changed Related Name | 05/13/22 14:57:17 | 1) DOB: 4/23/1967 12:00:00 | | TSURRA |
| 1249 | | ... | Changed Related Name | 05/13/22 14:57:17 | 2) Weight: 260-->260 | | TSURRA |
| | | ARM | Added Remarks | 05/13/22 15:06:04 | | | Unit:1248 |
| | | ARM | Added Remarks | 05/13/22 15:06:23 | | | Unit:1249 |