*Photographs of Petitioner's Injuries on the Scene (05/13/2022)*



*Photographs of Petitioner's Injuries on the Scene (05/13/2022)*

